# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA

| | | |
|---|---|---|
| **ESTATE OF BRANDON D. GASH**, b/n/k **HARRY GASH** and **SHERYL GASH**, parents, | ) ) ) | |
| Plaintiffs, | ) ) | |
| V. | ) ) | CASE NO. <u>1:19-cv-112</u> |
| **BRADLEY COUNTY, TENNESSEE, GOVERNMENT, QUALITY CORRECTIONAL HEALTH CARE, GABE THOMAS,** in his individual and official capacity, And **ERIC WATSON,** in his individual and Official capacity, | ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF MOTION FOR QCHC MEDICAL RECORDS

Comes the Estate of Brandon Gash, by and through undersigned counsel, and herein notices the Court and counsel for Defendants that, having received the requested records, Plaintiffs withdraw their Motion for the QCHC medical records of the decedent, Brandon Gash, which was filed on or about October 30, 2019.

Respectfully submitted,

**LAW OFFICES OF JOHN M. WOLFE, JR.**

*s/ John M. Wolfe, Jr.*
**JOHN M. WOLFE, JR.  |  BPR No. 010319**
*Counsel for Plaintiffs*
707 Georgia Avenue, Suite 302
Chattanooga, TN 37402
423.266.8400 | Phone
423.265.8055 | Fax
johnmwolfejr@comcast.net

## CERTIFICATE OF SERVICE

I certify that I filed this document with the Clerk of the Court, using its electronic filing system, which will send notification of the filing to all registered users of the system involved in this case.

/s/ John M. Wolfe, Jr.
**John M. Wolfe, Jr.**