# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA

| | |
|---|---|
| **ESTATE OF BRANDON D. GASH**, b/n/k **HARRY GASH** and **SHERYL GASH**, parents, ) ) ) | |
| Plaintiffs, ) ) | |
| V. ) ) | **CASE NO. 1:19-cv-112** |
| **BRADLEY COUNTY, TENNESSEE, GOVERNMENT, QUALITY CORRECTIONAL HEALTH CARE, GABE THOMAS,** in his individual and official capacity, And **ERIC WATSON,** in his individual and Official capacity, ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

The Parties, by and through counsel, and pursuant to FRCP 41(a)(1)(A)(ii), hereby stipulate to the Plaintiff's Voluntary Dismissal of this suit.

**HALL BOOTH SMITH, P.C.**

*s/ Danielle S. Blauvelt*

**DANIELLE S. BLAUVELT | BPR No. 34951**
**JAMES E. LOOPER | BPR No. 25200**
*Counsel for Defendants QCHC, Bowers, and Goins*
Fifth Third Center
424 Church Street, Suite 2950
Nashville, TN 37219
615.277.7042 | Phone
615.313.8008 | Fax
dblauvelt@hallboothsmith.com
jlooper@hallboothsmith.com

(Additional signatures on following page)

Page **1** of **2**

Case 1:19-cv-00112-TAV-SKL   Document 37   Filed 02/21/20   Page 1 of 2   PageID #: 277

**SPICER RUDSTROM, PLLC**

*s/ Thomas E. LeQuire*
**THOMAS E. LEQUIRE | BPR No. 06875**
*Counsel for Defendants Bradley County, Gabe Thomas & Eric Watson*
537 Market Street, Suite 203
Chattanooga, TN 37402
423.756.0262 | Phone
423.756.8489 | Fax
tlequire@spicerfirm.com

**ROBINSON, SMITH & WELLS, PLLC**

*s/ P. Aaron Wells*
**RONALD D. WELLS | BPR No. 011185**
**PHILIP AARON WELLS | BPR No. 036248**
*Counsel for Defs. City of Cleveland, Offcr. Painter*
633 Chestnut Street, Suite 700
Chattanooga, TN 37450
423.756.5051 | Phone
423.266.0474 | Fax
rwells@rswlaw.com, awells@rswlaw.com

**DUNCAN, HATCHER, HOLLAND & FLEENOR, P.C.**

*s/ W. Adam Izell*
**W. ADAM IZELL | BPR No. 028438**
*Counsel for Defendant Lt. Anderson Sanders*
1418 McCallie Avenue
Chattanooga, TN 37404
423.266.2207 x 120 | Phone
423.265.8907 | Fax
aizell@duncanhatcher.com

**LAW OFFICES OF JOHN M. WOLFE, JR.**

*s/ John M. Wolfe, Jr.*
**JOHN M. WOLFE, JR. | BPR No. 010319**
*Counsel for Plaintiffs*
707 Georgia Avenue, Suite 302
Chattanooga, TN 37402
423.266.8400 | Phone | 423.265.8055| Fax
johnmwolfejr@comcast.net